**PARKER IBRAHIM & BERG LLP**
BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
MATTHEW S. HENDERSON (CA Bar No. 274252)
matthew.henderson@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously sued as "JPMorgan Chase Bank, N.A., dba Chase Home Finance LLC, formerly doing business as Washington Mutual Bank, JPMorgan Chase & Co.")

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN G. DANIEL, individually NATHAN G. DANIEL as Trustee for THE JUSTICE LEAGUE, L.T., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A. dba CHASE HOME FINANCE LLC, formerly doing business as WASHINGTON MUTUAL BANK; and DOES 1 through 100, inclusive <br><br> Defendant(s). | **CASE NO.:** 2:20-cv-06644-RGK-JEM <br><br> Assigned For All Purposes To: <br> Hon. R. Gary Klausner <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br><br> **TRIAL DATE:** August 3, 2021 <br> **ACTION FILED:** June 5, 2020 <br> **REMOVED:** July 24, 2020 |

The court, having read and considered the Joint Stipulation of Dismissal With Prejudice ("Stipulation"), by and between plaintiff Nathan Daniel, individually and as trustee for the Justice League, L.T. (collectively, "Plaintiff") and defendant JPMorgan Chase Bank, N.A. (erroneously sued as "JPMorgan Chase Bank, N.A., dba Chase Home Finance LLC, formerly doing business as Washington Mutual Bank, JPMorgan Chase & Co.") ("Chase") (collectively, the "Parties"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety;
2. Chase is dismissed from this action with prejudice;
3. The action is hereby dismissed and closed; and
4. Each party will bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: __July 9__, 2021

*Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Court Judge